JOSEPH S. LAURENT, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

HITE H. HUFFAKER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

JAMES D. GARNETT, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

ARTHUR C. VAN WINKLE, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 5997, 8550, 8567, 9285. Promulgated June 8, 1928.

S. L. Barber, Esq., and F. O. Graves, Esq., for the petitioners.
J. L. Backstrom, Esq., for the respondent.

476

OPINION.

Smith: The facts, except as to amount of compensation received, and question in issue in these proceedings are the same as in *Robert G. Gordon*, 5 B. T. A. 1047. The decision in that case is controlling. The compensation received was not exempt from income tax.

*Judgments will be entered for the respondent.*